■ SALIM RABADI, an Infant, by His Father, SALAMEH ROBADI, et al., Respondents, v "JOHN" MILLER et al., Appellants, et al., Defendants.—Order of the Supreme Court, Westchester County, entered September 3, 1974, affirmed, with one bill of $20 costs and disbursements jointly against appellants appearing separately and filing separate briefs (cf. *Holodook v Spencer,* 36 NY2d 35; *Steinberg v Cauchois,* 249 App Div 518; *Linder v Bidner,* 50 Misc 2d 320). Gulotta, P. J., Martuscello, Latham, Cohalan and Shapiro, JJ., concur.